IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA VALLES MOORES,

      Plaintiff,

vs.                                      No. 1:09-cv-00690 RHS/DJS

SANDIA CORPORATION, a Delaware corporation,

      Defendant.

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY

THIS MATTER having come before the Court on Plaintiff's oral Motion to Compel Discovery of Plaintiff's First Set of Interrogatories and First Request for Production of Documents, the Court having considered matters of record, entertained oral argument, and being otherwise fully advised in the premises, FINDS:

      1.      Plaintiff has requested that Defendant be required to fully Answer Plaintiff's First Set of Interrogatories and First Request for Production of Documents, specifically in regard to Interrogatory Numbers 8, 9, and 10;

      2.      Defendant shall answer Interrogatory Number 8 for the time period from when Plaintiff went on temporary duty reassignment while working for Defendant through the end of Plaintiff's employment with Defendant; and shall identify the employee information requested by employee number, not by employee name;

      3.      Defendant shall answer Interrogatory Numbers 9 and 10 and shall identify the employee information requested by employee number, not by employee name.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion to Compel Discovery is Granted in Part and Denied In Part, as follows:

  A. Defendant is required to answer Interrogatory Number 8 for the time period from when Plaintiff went on temporary duty reassignment while working for Defendant through the end of Plaintiff's employment with Defendant and shall identify the employee information requested by employee number, not by employee name.

  B. Defendant is required to answer Interrogatory Numbers 9 and 10 and shall identify the employee information requested by employee number, not by employee name.

_____
THE HONORABLE DON J. SVET
UNITED STATES MAGISTRATE JUDGE

Submitted by:

KELEHER & MCLEOD, P.A.

By: */s/ Jeffrey A. Dahl*
  Jeffrey A. Dahl, Esq.
  Cassandra R. Malone, Esq.
  P.O. Box AA
  Albuquerque, NM  87103-0506
  (505) 346-4646 telephone
  *Attorneys for Plaintiff*

Approved as to form by:

RODEY DICKASON SLOAN AKIN & ROBB, P.A.

By: *telephonically approved 12/17/09*
  Scott D. Gordon, Esq.
  Krystle A. Thomas, Esq.
  P.O. Box 1888
  Albuquerque, NM  87103
  (505) 765-5900 telephone
  *Attorneys for Defendant*
00081631 / 11513-001

2